**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 06, 2010**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: | CASE NO: 10-34838 |
| | (Chapter 13) |
| Linda D Davis | JUDGE: GUY R. HUMPHREY |

———————————————————————————————— T1XXXX

ORDER DISMISSING CASE

This matter is before the Court upon the Chapter 13 Trustee's Motion to Dismiss (Doc. 14). As no party has timely opposed the motion, the Motion to Dismiss is GRANTED.

IT IS ORDERED that this case be and hereby is dismissed.

IT IS SO ORDERED.

/s/ JEFFREY M. KELLNER

JEFFREY M. KELLNER    0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
Phone:  (937) 222-7600
Fax:  (937) 222-7383
email: chapter13@dayton13.com

Copies To: 10-34838

JEFFREY M. KELLNER  
CHAPTER 13 TRUSTEE  
131 N LUDLOW ST   SUITE 900  
DAYTON, OH  45402-1161

OFFICE OF THE U S TRUSTEE  
170 NORTH HIGH ST  
SUITE 200  
COLUMBUS, OH  43215

Linda D Davis  
620 Taft Street  
Sidney, OH  45365

QUENTIN DERRYBERRY II  
103 SOUTH BLACKHOOF ST, SECOND FLOOR  
P.O. BOX 2056  
WAPAKONETA, OH  45895

(20.1n)  
STEVEN H PATTERSON  
LERNER SAMPSON & ROTHFUSS  
BOX 5480  
CINCINNATI, OH  45201-5480

1034838_155_20101001_155108_756/T282_jb  
###